195 So. 256

STATE ex rel. Porter KING et al. v. CITY OF MOBILE et al.

I Div. 98.

Supreme Court of Alabama.

April 4, 1940.

Kenneth E. Henderson, of Mobile, for appellants.

S. P. Gaillard, Jr., of Mobile, for appellees.

KNIGHT, Justice.

This cause is affirmed on the authority of Dudley W. Lang, Jr., v. City of Mobile et al., ante, p. 331, 195 So. 248.

Affirmed.

GARDNER, BOULDIN, and FOSTER, JJ., concur.